IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPENSIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABACUS LABS, INC., <br><br> Defendant. | Civil Action No. 1:17-04157-JPO <br><br> **Jury Trial Demanded** |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF EXPENSIFY, INC.'S OPPOSITION TO DEFENDANT ABACUS'S MOTION TO DISMISS**

Plaintiff Expensify, Inc. ("Expensify") respectfully submits this Notice of Supplemental Authority in Support of its Opposition (Dkt. # 38) to Abacus' Motion to Dismiss (Dkt. # 33) for failure to state a claim for relief under Fed. R. Civ. Pro. 12(b)(6). After briefing for Abacus' motion to dismiss was complete, the Federal Circuit recently issued two controlling opinions regarding patent matter eligibility under 35 U.S.C. § 101: *Aatrix Software, Inc. v. Green Shades Software, Inc.*, No. 2017-1452, 2018 WL 843288 (Fed. Cir. Feb. 14, 2018) (attached as Exhibit A) and *Berkheimer v. HP Inc.*, No. 2017-1437, 2018 WL 774096 (Fed. Cir. Feb. 8, 2018) (attached as Exhibti B). Both opinions overrule the lower courts' findings of patent ineligibility as premature because factual issues existed.

Expensify respectfully asks the Court to take Notice of the Supplemental Authority attached hereto, so that the Court may consider the recently issued controlling Federal Circuit decisions.

1

Dated: February 15, 2018					Respectfully submitted,


							By:*/s/Steven C. Carlson*
								Steven C. Carlson
								Kevin M. Pasquinelli
								Kasowitz Benson Torres LLP
								333 Twin Dolphin Drive, Suite 200
								Redwood City, California 94065
								Telephone: (650) 453-5170
								Facsimile: (650) 453-5171
								scarlson@kasowitz.com
								kpasqunielli@kasowitz.com


								*Attorneys for Plaintiff*
								*EXPENSIFY, INC.*

## **CERTIFICATE OF SERVICE**

      I, Steven C. Carlson, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through CM/ECF system on February 15, 2018.

                                    */s/Steven C. Carlson*
                                    Steven C. Carlson