UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXPENSIFY, INC.,
                    Plaintiff,

-v-

ABACUS LABS, INC.,
                    Defendant.

17-CV-4157 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Because Plaintiff filed an amended complaint (Dkt. No. 28), Defendant's first motion to dismiss (Dkt. No. 19) is denied as moot. The Court will rule on Defendant's second motion to dismiss (Dkt. No. 33) in due course.

    The Clerk of Court is directed to close the motion at Docket Number 19.

    SO ORDERED.

Dated: March 5, 2018
       New York, New York

                                                J. PAUL OETKEN
                                           United States District Judge