# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Direct Dial: 212-506-1700<br>Direct fax:<br>mschrage@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>Fax: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

June 4, 2018

<u>VIA ECF</u>

Hon. J. Paul Oetken
United States District Court Judge
United States District Court, Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Expensify, Inc., v. Abacus Labs, Inc. Case No. 17-4157 (JPO)</u>

Dear Judge Oetken:

      Kevin J. Dooley of Kasowitz Benson Torres LLP ("KBT") is listed as representing Plaintiff in the above-captioned matter. However, on February 23, 2018, Mr. Dooley passed away. Therefore, I request that the Court remove Mr. Dooley's name from the Court's docket and its Electronic Case Filing System for this action. There are no KBT attorneys actively participating in this case, however Steven Carlson, Kevin Pasquinelli, and Oren Langer of Robins Kaplan LLP ("Co-Counsel") appeared on behalf of Plaintiff and will continue to represent Plaintiff in this action. Messrs. Carlson and Pasquinelli are former KBT attorneys. Co-Counsel is positioned to efficiently proceed without KBT's continued participation. The withdrawal will have no effect on the interests of the parties.

Sincerely,

/s/ Mitchell R. Schrage

Mitchell R. Schrage

**The Clerk of Court is directed to remove Attorney Kevin J. Dooley from the docket.**
**So ordered:  6/5/18**

_____
J. PAUL OETKEN
United States District Judge