**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EXPENSIFY, INC,

        Plaintiff,

-against-

ABACUS LABS, INC,

        Defendant.

Civil No. 1:17–cv-04157-JPO

**ECF CASE**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Expensify Inc. ("Plaintiff") and Defendant Abacus Labs, Inc. ("Abacus") hereby stipulate and agree that all asserted claims for relief are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

Respectfully submitted this 22nd day of June, 2018,

| ROBINS KAPLAN LLP | GOODWIN PROCTER LLP |
|---|---|
|     */s/ Oren D. Langer* |     */s/ Tiffany Mahmood* |
| Oren D. Langer | Tiffany Mahmood |
| 399 Park Avenue | The New York Times Building |
| Suite 3600 | 620 Eighth Avenue |
| New York, NY 10022 | New York, NY 10018 |
| Tel.: 212-980-7400 | Tel.: 212-813-8800 |
| Fax: 212-980-7499 | Fax: 212-355-3333 |
| olanger@robinskaplan.com | tmahmood@goodwinlaw.com |
| *Counsel or Plaintiff* | *Counsel or Defendant* |

**SO ORDERED** on this ___ day of June, 2018.

                                                      _____
                                                      Hon. J. Paul Oetken, U.S.D.J.