UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPENSIFY, INC, <br><br> Plaintiff, <br><br> -against- <br><br> ABACUS LABS, INC, <br><br> Defendant. | Civil No. 1:17–cv-04157-JPO <br><br> **ECF CASE** <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Expensify Inc. ("Plaintiff") and Defendant Abacus Labs, Inc. ("Abacus") hereby stipulate and agree that all asserted claims for relief are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

Respectfully submitted this 25 day of June, 2018,

ROBINS KAPLAN LLP

*/s/ Oren D. Langer*
Oren D. Langer
399 Park Avenue
Suite 3600
New York, NY 10022
Tel.: 212-980-7400
Fax: 212-980-7499
olanger@robinskaplan.com

*Counsel or Plaintiff*

GOODWIN PROCTER LLP

*/s/ Tiffany Mahmood*
Tiffany Mahmood
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-355-3333
tmahmood@goodwinlaw.com

*Counsel or Defendant*

**SO ORDERED** on this ___ day of June, 2018.

_____
Hon. J. Paul Oetken, U.S.D.J.